IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | No. 5:10CV233 |
| | § | |
| ONE (1) SMITH & WESSON | § | |
| HANDGUN; and ONE (1) | § | |
| WINCHESTER SHOTGUN | § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Motion for Default Judgment (Dkt. No. 6) is **GRANTED**. It is further

**ORDERED** that judgment of forfeiture is hereby entered in favor of the United States; that all right, title, and interest in the defendant property is vested in the United States; and that the defendant property shall be disposed of according to law.

**SIGNED this 28th day of July, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE